# EXHIBIT C

| Account Name | Mueller Node | Water Connections (#) | Trouble Issue | Estimated Failure Rate | Last Twelve Months Annualized Return Rate | Annualized Return Rate | Mitigation Efforts Made to Date by both Ferg / Mueller | Next Steps / What is needed? | Ferguson Order |
|---|---|---|---|---|---|---|---|---|---|
| Bryan County RWD #5 (OK) | Hot Rod | 3,300 | All of the 2016 meters wouldn't read - hot rod failures | 28% | 3.9% | 2.3% | Mueller did a special quote for 2 promo packages resulting in 2 transceivers and 48 meters. Have sent back 358 meters on RMA so far. Should have another 150 to send back before we're done. | Advanced RMA for 150 SSR registers and Mi.Node M on wire Antennas and Mueller to pay freight for RMA. Eric - Monitor through the NOC | 1 |
| Idabel (OK) City of | Hot Rod | 3,400 | 300 meters from 2015-2016 that wont' read currently | 9% | 3.1% | 2.7% | Talked with Steven about issues with system. Went and read with transceiver and SM II. | Would like an Advanced RMA for 350 translator registers and hot rod (integral) to get the bad ones swapped out. Eric - Monitor through the NOC | 2 |
| McIntosh County RWD # S (OK) | Hot Rod | 665 | Has had about 30 meters/month that won't read and sends back on RMA. Dealing with hot rod failures via RMA. Had 50 bottoms that she wanted to RMA but were refused. | 30% | 23.5% | 6.4% | Ferguson gave her 21 bottoms. We also ship her RMAs for her. | Would like 29 composite bottoms for a 420 meter sent so she can catch up. Eric - Provide a get well plan and monitor through the NOC | 3 |
| Warner (OK) City of | Hot Rod | 850 | 85 meters that wouldn't read | 50% | 4.9% | 2.6% | Ferguson gave them a new handheld and 40 meters to help swap out the bad ones. Should be fine now. | Need Advanced RMA for 59 meters (meter/hot rod/trans - integral) so they can get caught up. Issues have prevented the sale of the upgrade. Would like to look at upgrading to SSR registers and radios to MiNode M for free as old hot rod and transceivers continue to fail. Also interested in reimbursment for labor spent changing meters. Eric - Work on a Get Well Plan | 4 |
| Seminole County RWD #3 (OK) | Hot Rod | 297 | Has 20/month that won't transmit. | 30% | 5.1% | 3.9% | Went and read system with Transceiver. Still had 20 that wouldn't pick up. Small system without a lot of money. | Would like Advanced RMA to get caught up - good with translator/hot rod/meter - integral. Will be looking at upgrade in next couple of months. Eric - Work on a Get Well Plan | 5 |
| El Reno (OK) | Mi.Node M | 5,640 | Currently upt 451 that don't read. Has already changed out over 1000 meters since the system was installed. | 27% | 6.8% | 7.3% | Went out and read system. About 35/month that stop reading. Would like to get an advanced RMA to get caught up. | Wants an Advanced RMA of 450 SSR/Minode M on a wire to get caught up Eric - work on a get well plan | 6 |
| Lindsay (OK), City of | Mi.Node V3 | 1,500 | Lots of issues communicating between water and electric meters | 30%+ | 3.9% | 3.7% | Ferguson replaced failed water meters/registers/radios, retrained several times, provided multiple field audits | need whatever Smithville, TX is getting - Labor and replacement material for failed electric and water meters. Eric - Work on a get well plan - Water | 7 |
| Brookesmith (TX) SUD | Hot Rod | 5,641 | Failing Hot Rods | 15% | 1.0% | 1.9% | Tried to upgrade to Mi.Node M, but the cost of upgrade is too high. They do not want to spend any more money on their system until its fixed. | Provide a Mi.Net Transceiver Eric - Monitor through the NOC | 8 |
| Hudson Water Supply Corp. (TX) | Hot Rod | 3,500 | extreme failure due to hot rod, translator registers, and 430 composite bodies | 30%+ | 17.5% | 6.4% | Provided material and troubleshooting. | provide labor and Material to get to acceptable read rate Eric - Work on a Get Well Plan | 9 |
| Hitchcock (TX), City of | Hot Rod | 2,948 | High Failure Rate, Hot Rod/Translator registers/meters | 10-15% | 12.6% | 6.8% | Ferguson sent product and labor to help with change outs. Mueller had a meeting and offered upgrade, city stated no money for that-they were still paying off the current system | take care of known product defects (meter engagement arm, TRL registers sticking, Hot Rod's not reporting. Give the city a plan, without money from their pocket to give them the system they signed up for - one that works efficiently. Eric - Work on a get well plan | 10 |
| La Vernia (TX), City of | Hot Rod | 640 | High Failure Rate -Most "0" reads | 30%+ | 23.4% | 7.5% | Ferguson provided product & labor multiple times, Mueller has now had 2 meetings | Fall City back to the standard 2-3% annualized failure rate. But they are proposing to do this by changing out the meters only, keeping the TRL's and Hot Rods that also have known issues and where we see higher than normal failure Eric - See LaVernia Notes | 11 |
| Falls City (TX), City of | Hot Rod | 294 | High Failure Rate -Most "0" reads | 20% & up | 36.1% | 9.8% | Ferguson provided product & labor multiple times, Mueller has now had 1 meeting | Eric - Get Well Plan | 12 |
| Kilgore (TX), City of | Mi.Node L | 6,154 | Trouble with the MDM software and extreme high failure rate | 50%+ | 34.9% | 10.3% | Ferguson and Mueller helped with labor and material. | Clay the Citys PWD wants to move to a hosted solution. He wants to be one of the first to move to the Mi.Net software system for Mi.node L Eric Work on a Get Well Plan | 13 |
| Redwater (TX), City of | Mi.Node L | 1,242 | Inconsistent register issues . High usage - SSR registers. Several Collector failures - communication on resolution poor | 1% on meters, 50%+ on collectors | 0.3% | 0.5% | Provided material and troubleshooting. | provide support to this utility via the NOC. Their routers in the collectors keep failing and City has to keep replacing them - provide extra routers for future failures Eric - Active investigation to resolution to the root cause | 14 |
| Severn Trent Services, (TX) Inc. / Cinco Ranch 14 | Mi.Node V4 | 2,186 | Infrastructure failing, meters failing - engagement arms | Infrastructure- continual failures and then new return product from RMA failing. 3rd | 7.0% | | Ferguson adjusted depot stock of infrastructure to be able to send equipment for quick replacement. Mueller sent Bill Tartaglia to mitigate issues and provide additional training with staff. But as soon as the 3rd party testing was revealed, legal documents were sent giving Mueller 30 days to fix or Cinco would terminate the system agreement | Mueller scheduled meeting with board members on Friday 11/15 to provide scope of problem and solution. Most vocal account in Central/West - directly affecting future business. Eric - Multiple attempts to have a direct conversation for a get well plan to no success. | 15 |

| Location | Product | Count | Description | (blue) | % | % | Notes | Resolution | # |
|---|---|---|---|---|---|---|---|---|---|
| Harris County WCID #1 (TX) | Mi.Node V3 & V4 | 2,656 | V3 system with high failures, radios and translator registers | 50% + | 22.5% | 14.0% | Ferguson & Mueller have sent product and labor. But the number of failures grows weekly, so system has not run efficiently for years | Mueller chose to run a dual system so utility now has both V3 & V4 collectors, originally told Harris 1 that as the radios failed RMA's would be returned with V4's, sometimes this happened, sometimes not. Utility is to the point of begging for them to just completely changing them over to V4. We have been told there is a plan in place on this, but have not seen anything in writing to explain the process. Get Well Plan in place | 16 |
| Bridgestone MUD (TX) | Mi.Node V4 | 6,200 | High Failure Rates | This is Mueller direct account - Operator WDM | 21.2% | 11.6% | Do not know what efforts have been done here - But do know that this operator is talking to other utilities and operator's and I am being questioned about their failure rates from potential customers | provide Ferguson with any mitigation efforts so that we can respond to market negativity. This is directly affecting future sales. | 17 |
| Johnson County (TX) Special Utility District | Mi.Node V6 | 18,842 | Shipping issues, data collection issues, collector range issues | coverage issue have been told could cost customer millions | 0.0% | | unknown at this time...not receiving communication on status or plan | provide resolution plan and update on status Eric - actively working the situation | 18 |
| Hudson Oaks (TX), City of | Mi.Node V3 | 1,045 | RMA process nodes failing, repeaters failing | unknown | 25.6% | 7.0% | RMA process, until they received an advanced RMA they did not request, then Mueller sent a bill for the material, and are now past due, affecting their credit. | credit the RMA charge for radios sent and not needed, take back unused equipment Eric - Work on a Get Well Plan | 19 |
| Smithville (TX), City of | Mi.Node V3 | 1,700 | V3 Electric & Water, System was put completed 8/16, first meeting to discuss declining reading rates was 12/16. High radio failure rates and recently several DC Repeaters failing | 40% | 20.0% | 3.8% | Mutiple Ferguson associates (including WW's staff) have been at the utility to provide labor for register/radio change outs on many different occasions. Product has been provided by Ferguson and advance replacements have been provided by Mueller. Mueller also sent on 1 occassion someone to do water change outs and at another time sent someone to change out electric meters. | Mueller had meeting recently (have had 4 previous meetings) with the city and the proposed solution is to send advance replacements (same product, but apparently with upgraded "fixes") to do a 3-4 month change out to include labor to get the system back running efficiently - back to the 2-3% annualized failure rate. Mueller also wants to gather data and analyze to try and find the root of the problem. City stated same as LaVernia & Fall City, we have been meeting, and meeting and providing data for way too long now, time for action & solution. Eric - NOC monitor and a get well plan in place | 20 |
| Gray, GA | Hot Rod | 1,800 | Hot Rod failure. Contributed to a $1.6M lost opportunity in neighboring Baldwin County because of the well-publicized, monthly audit-and-replace efforts from Ferguson, Mueller and utility staff. | 10% | 10.7% | | We are scheduled to meet with the City on November 25 to officially understand their needs/concerns and present an elevated plan of attack. The utility expects a permanent solution. | Provide register and endpoint swap on all remaining Hot Rod accounts and upgrade to transceiver. If a wholesale changeout for the remaining Hot Rods is not possible, then an additional seed stock of 150-200 ME-8 registers and Mi.Node M endpoints and free transceiver kit should be provided plus monthly or bi-monthly labor continued for the swaps. | 21 |
| Pelham, GA | Hot Rod | 1,560 | Hot Rod Failure | 10% | 10.9% | 9.1% | Mueller swap out all of the initial seed stock, Pelham still has 71 dead endpoints. Mueller has agreed to ship 150 advanced replacement, upgraded registers/endpoints this month and | Monitor monthly and provide labor for swaps if failure rate continues at a level that exceeds the utility's resources. Eric - Provide a get well plan | 22 |
| Dawsonville, GA | Hot Rod | 932 | Hot Rod Failures | | 29.4% | 18.3% | pleased at the current outcomes. Mueller provided upgraded ME-8/Mi.Node M advanced replacements and Ferguson provided a discounted transceiver to get them migrated. | and Three (3) 2" meters with integral Hot Rods stranded in their inventory. We would like Mueller to take these back as a swap for Mi.Node M configuration or offer an alternate | 23 |
| West Miami, FL | Hot Rod | 1,721 | constantly experiencing Hot Rod failures (10-20 per month) and some issues with Translator register stuck dials. The City still has roughly half of the system left to deploy, but they are not in a good place to discuss investing in the migration to Mi.Net M given the current issues and labor requirements. | 10-12% | 3.8% | 5.6% | | Provide 100 SSR's and Mi.Node M endpoints as a seed stock, replace all RMA material with this new spec and Ferguson will drive the utility to upgrade the system to Mi.Net M and purchase all new endpoints at normal pricing. | 24 |
| Golden Acres Housing Authority – Pompano Beach, FL | Hot Rod | 179 | 75 failures out of 179 total endpoints. Ten meters out currently as of October 1 (nine 5/8" and one 1- ½" Translator with integral Hot Rod). Leftover seed stock from August ordered to be sent back to Mueller. | 42% | 55.9% | 9.6% | last changeout included 39 registers and one Hot Rod swapped out by Mueller staff in August | Send ten 5/8" Translator, 6wheel SG, One 1 ½" Translator register, 11 Hot Rod endpoints with bare wire. | 25 |
| Rockledge, FL | Hot Rod | 2,000 | Rockledge was inherited from Mueller as an early Hot Rod customer and they are processing large RMA shipments every quarter. Their system is roughly at 2,000 endpoints now but is expected to grow to 3,000 over the next 2-3 years. | | 7.3% | 7.8% | They are currently not receiving any special support from either Ferguson or Mueller outside of the RMA process, but the end-of-life for Hot Rod and Translator suggests this desire to look towards AMI will put us on a collision course soon. | Ferguson and Mueller set up a meeting to discover magnitude of failures, expectations and propose a migration plan. Eric - Work on a Get Well Plan | 26 |
| Lake Helen, FL | Hot Rod | 1,124 | Utility determined most of the Hot Rod failures are occurring with meters purchased in 2015/2016. | | 2.6% | 0.8% | They have purchased a transceiver and are paying for upgraded register/Mi.Node M endpoints for new services. This account has connections to Casselberry, our current target in the RFP process. | All failing Hot Rod integrated register/endpoints under the RMA process to be upgraded to Mi node M register/endpoints at no upcharge. | 27 |

| Location | Type | Count | Notes | Criteria | % | % | Comment | Action | # |
|---|---|---|---|---|---|---|---|---|---|
| Rainbow City, AL | Hot Rod | 3,963 | There is a long history of failures and remediation at this early Mueller AMR account. | | 3.8% | | Mueller has already swapped out 100% of their Hot Rod endpoints several years ago and they still experience some Hot Rod failures. Rainbow City has purchased the transceiver for migration to Mi.Net M. This utility does not want to see another Hot Rod radio sent to them. | All failures under the RMA process will be replaced with upgraded Mi.Node M registers/endpoints at no charge. | 28 |
| Citrus County, FL | Mi.Node V4 | 5,400 | Translator mechanical register captures occasional negative hourly consumption due to incorrect dial encoding. | based on the agreed upon criteria, roughly 1,180 meter registers fall under the "fail | 4.3% | 0.6% | Mueller agreed to ship 100 solid-state registers for swapping against the original 80 identified failures and utilized their staff to splice back on the existing Mi.Node endpoints. The leftovers of this advanced replacement were ordered to be returned to Mueller. There was zero communication to either Ferguson or the utility as accounts were addressed that were not | Translator registers/Mi.Node endpoints installed to date – 5,400. The plan is to swap the remaining 1,100 registers out over the next few months utilizing PMI as subcontractor for the labor and swap data management. Phase 1: 616 replacement SSR registers for 5/8"x3/4" meters are being shipped by Mueller within the next two weeks and swapped out by PMI with Ferguson covering the | 29 |
| Northeast Etowah Water Co-Op, AL | Hot Rod | 1,400 | experienced over 100 failures over the last couple years with 87 non-reporting Hot Rod endpoints still installed. | | 3.3% | 1.2% | and has been unable or unwilling to keep up with monthly RMA returns as they were waiting for the previous Mueller TM to provide advanced replacements for a dedicated blitz on | Provide a seed stock of 96 Translator registers with integral or wired Hot Rod endpoints.<br><br>Eric - NOC Monitor the situation | 30 |

# Bryan County,OK

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 174 | 59% |
| **Meter:** No Problem Found | 37 | 13% |
| **Register / Translator:** Mechanical Failure /Gear Train | 23 | 8% |
| **Register / Translator:** No Problem Found | 17 | 6% |
| **Meter:** Engagement Arm Broken | 16 | 5% |
| **Meter:** Chamber Debris | 11 | 4% |
| **Register / Translator:** Odometer Mis-Aligned | 6 | 2% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 4 | 1% |
| **Register / Translator:** Damaged | 2 | 1% |
| **Meter:** Damaged | 2 | 1% |
| **HotRod:** Damaged | 1 | 0.3% |
| **Meter:** Failued Accuracy Test | 1 | 0.3% |
| **Total** | **294** | |

Idabel,OK

**Specific Failure Codes**

| Defect Description | Quantity | % |
|---|---|---|
| Hot Rod:  Not Transmitting | 81 | 23.5% |
| Meter:  Chamber Debris | 53 | 15.4% |
| Meter:  Broken Engagement Arm | 40 | 11.6% |
| Register / Translator:  No Problem Found | 34 | 9.9% |
| Meter:  Magnet popped off Engagement Arm | 27 | 7.8% |
| Register / Translator:   Mechanical   GEAR TRAIN Failure | 23 | 6.7% |
| Meter:  No Problem Found | 15 | 4.4% |
| Register / Translator:  Wheel Read Error | 13 | 3.8% |
| Meter:  Nylon Engagement Arm Broken | 12 | 3.5% |
| Meter:  Magnet Broken | 11 | 3.2% |
| Hot Rod:  SERIAL NUMBER Missing | 10 | 2.9% |
| Register / Translator:  Odometer Mis-Aligned | 8 | 2.3% |
| Register / Translator:  Odometer Read Error | 4 | 1.2% |
| Meter:  Spud End Pulled | 3 | 0.9% |
| Register / Translator:  SERIAL NUMBER Missing | 3 | 0.9% |
| Meter:  Meter Cover Defect | 2 | 0.6% |
| Hot Rod:  Shipping Related Damage | 1 | 0.3% |
| Meter:  Disk Broken | 1 | 0.3% |
| Meter:  Meter Cover Broken | 1 | 0.3% |
| Register / Translator:  Damaged | 1 | 0.3% |
| Street Machine:  Antenna  Defect | 1 | 0.3% |
| **Grand Total** | **344** | |

# McIntosh County RWD #5 (OK)

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 103 | 34.6% |
| **Register / Translator:** No Problem Found | 73 | 24.5% |
| **Meter:** Magnet Broken / Cracked | 37 | 12.4% |
| **HotRod:** No Problem Found | 28 | 9.4% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 16 | 5.4% |
| **Register / Translator:** Mechanical Failure /Gear Train | 13 | 4.4% |
| **Meter:** Chamber Debris | 8 | 2.7% |
| **Register / Translator:** Moisture under Lens | 5 | 1.7% |
| **Register / Translator:** Odometer Mis-Aligned | 4 | 1.3% |
| **Meter:** No Problem Found | 4 | 1.3% |
| **Meter:** Magnet separated from Engagement Arm | 3 | 1.0% |
| **Meter:** Engagement Arm Broken | 2 | 0.7% |
| **Meter:** Meter Cover Cracked | 1 | 0.3% |
| **Register / Translator:** Wire Cut | 1 | 0.3% |
| **Total** | **298** | |

# Warner, OK

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:**  Electronic Failure / Not Transmitting | 31 | 23.0% |
| **Meter:**  Engagement Arm Broken | 25 | 18.5% |
| **Meter:**  Chamber Debris | 19 | 14.1% |
| **Register / Translator:**  No Problem Found | 12 | 8.9% |
| **Register / Translator:**  Mechanical Failure /Gear Train | 10 | 7.4% |
| **Register / Translator:**  Odometer Mis-Aligned | 8 | 5.9% |
| **Meter:**  Magnet Broken/Cracked | 7 | 5.2% |
| **Meter:**  No Problem Found | 6 | 4.4% |
| **HotRod:**  No Problem Found | 4 | 3.0% |
| **Meter:**  Magnet separated from engagement arm | 4 | 3.0% |
| **Meter:**  Meter Cover Cracked | 3 | 2.2% |
| **Register / Translator:**  Damaged | 2 | 1.5% |
| **HotRod:**  Damaged | 1 | 0.7% |
| **Meter:**  Chamber Missing Parts | 1 | 0.7% |
| **Meter:**  Failued Accuracy Test | 1 | 0.7% |
| **Street Machine:**  Electronic Failure | 1 | 0.7% |
| **Total** | **135** |  |

# Seminole County, OK

**Specific Failure Codes**

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Register / Translator:**  Mechanical Failure /Gear Train | 17 | 34.0% |
| **Meter:**  Engagement Arm Broken | 8 | 16.0% |
| **Meter:**  Chamber Debris | 7 | 14.0% |
| **HotRod:**  Electronic Failure / Not Transmitting | 5 | 10.0% |
| **Meter:**  Meter Cover Cracked | 3 | 6.0% |
| **Register / Translator:**  No Problem Found | 3 | 6.0% |
| **Meter:**   Magnet Broken / Cracked | 2 | 4.0% |
| **Meter:**    No Problem Found | 2 | 4.0% |
| **Register / Translator:**  Electronics Failure / Not Transmitting | 1 | 2.0% |
| **Register / Translator:**  Damaged | 1 | 2.0% |
| **Solid State Register (SSR):**  Electronic Failure | 1 | 2.0% |
| **Total** | 50 | |

## EL Reno, OK

| Defect Description | Quantity | % |
|---|---|---|
| Hot Rod:  Not Transmitting* | 748 | 94.8% |
| Register / Translator:    Mechanical   GEAR TRAIN Failure | 28 | 3.5% |
| Register / Translator:    No Problem Found | 7 | 0.9% |
| Register / Translator:    Odometer Mis-Aligned | 2 | 0.3% |
| Register / Translator:    Wheel Read Error | 2 | 0.3% |
| Register / Translator:    Lens/ Glass Broken | 1 | 0.1% |
| MS-MNMTOOL:  Handheld  Electronic Defect | 1 | 0.1% |
| **Grand Total** | **789** | |

*All HotRod failures produced January - April 2015*

Lindsay, OK

| Specific Failure Codes | | |
|---|---|---|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **MiNode 3:**  Electronic Failure/Not Transmitting | 410 | 82.7% |
| **Register / Translator:**  Wire Cut by Customer | 19 | 3.8% |
| **MiNode 3:**  Wire Cut by customer | 17 | 3.4% |
| **Register / Translator:**  Mechanical Failure /Gear Train | 14 | 2.8% |
| **MiNode Repeater:**  Battery Dead | 8 | 1.6% |
| **Smart Electric Meter:**  Electronic Failure | 8 | 1.6% |
| **Meter:**       No Problem Found | 8 | 1.6% |
| **MiNode 3:**  No Problem Found | 5 | 1.0% |
| **Register / Translator:**  No Problem Found | 2 | 0.4% |
| **Register / Translator:**  Odometer Mis-Aligned | 2 | 0.4% |
| **Trimble Handheld:**  Electronic Failure | 1 | 0.2% |
| **Meter:**  Cover Broken | 1 | 0.2% |
| **Register / Translator:**  Damaged | 1 | 0.2% |
| **Total** | 496 | |

# Brookesmith, TX

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 28 | 23.1% |
| **Register / Translator:** Mechanical Failure /Gear Train | 26 | 21.5% |
| **Meter:** Magnet separated from engagement arm | 20 | 16.5% |
| **Meter:** Engagement Arm Broken | 14 | 11.6% |
| **Register / Translator:** No Problem Found | 8 | 6.6% |
| **Register / Translator:** Odometer Mis-Aligned | 8 | 6.6% |
| **Meter:** Disk Broken | 6 | 5.0% |
| **Meter:** Spud End Leaking | 5 | 4.1% |
| **Meter:** Chamber Debris | 3 | 2.5% |
| **Meter:** Cover Broken | 2 | 1.7% |
| **HotRod:** Damaged | 1 | 0.8% |
| **Total** | **121** | |

## Hudson Water Supply, TX

**Specific Failure Codes**

| Defect Description | Quantity | % of failures |
|---|---:|---:|
| **HotRod:** Electronic Failure / Not Transmitting | 1,115 | 47.1% |
| **Register / Translator:** Mechanical Failure /Gear Train | 448 | 18.9% |
| **Register / Translator:** Odometer White Post failure | 327 | 13.8% |
| **Register / Translator:** No Problem Found | 278 | 11.7% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 65 | 2.7% |
| **Register / Translator:** Odometer Mis-Aligned | 62 | 2.6% |
| **Register / Translator:** Damaged or missing parts | 40 | 1.7% |
| **Meter:** Magnet separated from engagement arm | 28 | 1.2% |
| **HotRod:** Damaged | 3 | 0.1% |
| **Meter:** Chamber Debris | 3 | 0.1% |
| **Total** | **2,369** | |

# Hitchcock, TX

| Specific Failure Codes |
|---|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 496 | 68.7% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 51 | 7.1% |
| **Meter:** Engagement Arm Broken | 45 | 6.2% |
| **Register / Translator:** Mechanical Failure /Gear Train | 40 | 5.5% |
| **Register / Translator:** No Problem Found | 29 | 4.0% |
| **Meter:** Chamber Debris | 20 | 2.8% |
| **Meter:** No Problem Found | 14 | 1.9% |
| **Register / Translator:** Damaged | 13 | 1.8% |
| **Register / Translator:** Odometer Mis-Aligned | 8 | 1.1% |
| **HotRod:** Damaged | 4 | 0.6% |
| **Meter:** Failed accuracy test | 2 | 0.3% |
| **Total** | **722** | |

# LaVernia, TX

| Defect Description | Quantity | % |
|---|---|---|
| Meter:   Magnet popped off Engagement Arm | 44 | 24.9% |
| Meter:  Magnet Broken | 36 | 20.3% |
| Hot Rod:  Not Transmitting | 29 | 16.4% |
| Meter:  Broken Engagement Arm | 24 | 13.6% |
| Register / Translator:  Mechanical  GEAR TRAIN Failure | 16 | 9.0% |
| Register / Translator:    No Problem Found | 10 | 5.6% |
| Meter:    Chamber Debris | 7 | 4.0% |
| Hot Rod:  No Problem Found | 3 | 1.7% |
| Register / Translator:   Odometer Mis-Aligned | 3 | 1.7% |
| Street Machine:  Electronic Defect | 1 | 0.6% |
| Hot Rod:  Housing Broken | 1 | 0.6% |
| Meter:   Disk Broken | 1 | 0.6% |
| Street Machine:  Antenna  Defect | 1 | 0.6% |
| Register / Translator  Wheel Read Error | 1 | 0.6% |
| Grand Total | 177 | |

## FALLS CITY, TX

**Specific Failure Codes**

| Defect Description | Quantity | % |
|---|---|---|
| Hot Rod:  No Problem Found | 21 | 25.9% |
| Register / Translator:  Mechanical   GEAR TRAIN Failure | 13 | 16.0% |
| Meter:   Magnet popped off Engagement Arm | 12 | 14.8% |
| Meter:   Broken Engagement Arm | 10 | 12.3% |
| Hot Rod:  Not Transmitting | 8 | 9.9% |
| Meter:      Meter Cover Cross Threaded | 5 | 6.2% |
| Meter:      No Problem Found | 5 | 6.2% |
| Register / Translator:   Odometer Mis-Aligned | 4 | 4.9% |
| Meter:     Chamber Stuck | 1 | 1.2% |
| Register / Translator:   Odometer Not Transmitting | 1 | 1.2% |
| Register / Translator:     No Problem Found | 1 | 1.2% |
| **Grand Total** | **81** | **100.0%** |

## Kilgore, TX

| | |
|---|---|
| **100% Warranty** | 4,444 |
| **Out of Warranty** | 1,416 |
| **No Problem Found** | 40 |
| **Total** | 5,900 |

**Breakdown of 100% Warranty** →

| | |
|---|---|
| **Gen-1 Pit Mount** **(no test / automatic replacement)** | 4,038 |
| **Signal** | 291 |
| **Tamper** | 70 |

# Redwater, TX

| | | | Breakdown of 100% Warranty → | Signal | 3 |
|---|---|---|---|---|---|
| **No Problem Found** | 20 | | | | |
| **100% Warranty** | 3 | | | | |
| **Out of Warranty** | 3 | | | | |
| **Total** | **26** | | | | |

# Cinco Ranch, TX

| Defect Description | Quantity | % |
|---|---|---|
| MiNode 4:  Battery Dead | 109 | 78% |
| MiNode 4:   No Problem Found | 11 | 8% |
| Solid State Register:  No Problem Found | 6 | 4% |
| DC Repeater:  Battery Dead | 4 | 3% |
| Solid State Register:  Battery Dead | 3 | 2% |
| Solid State Register:  Not Transmitting | 2 | 1% |
| MiNode 4:   Housing Broken | 2 | 1% |
| DC Repeater:  No Problem Found | 1 | 1% |
| MiNode 4:  Wire Cut/Damaged by Customer | 1 | 1% |
| **Grand Total** | **139** | 100% |

# Harris County WCID #1, TX

**Specific Failure Codes**

| Defect Description | Quantity | % of failures |
|---|---|---|
| **MiNode 3:** Electronic Failure / Not Transmitting | 778 | 50.8% |
| **MiNode 3:** No Problem Found | 267 | 17.4% |
| **Register / Translator:** No Problem Found | 217 | 14.2% |
| **Register / Translator:** Damaged | 90 | 5.9% |
| **Register / Translator:** Mechanical Failure /Gear Train | 67 | 4.4% |
| **MiNode 3:** Damaged | 42 | 2.7% |
| **Register / Translator:** Odometer Mis-Aligned | 22 | 1.4% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 17 | 1.1% |
| **Meter:** No Problem Found | 11 | 0.7% |
| **Meter:** Engagement Arm Broken | 7 | 0.5% |
| **Meter:** RDM Solenoid stuck | 6 | 0.4% |
| **MiHydrant:** Battery Dead | 6 | 0.4% |
| **Solid State Register (SSR):** Battery Dead | 3 | 0.2% |
| **Total** | **1,533** | |

# Bridgestone MUD, TX

| Specific Failure Codes |
|:---:|

| Defect Description | Quantity | % of failures |
|---|---:|---:|
| **MiNode 3:** Electronic Failure / Not Transmitting | 1,858 | 65.1% |
| **MiNode 3:** No Problem Found | 526 | 18.4% |
| **MiNode 3:** Moisture observed in potting | 159 | 5.6% |
| **Register / Translator:** Mechanical Failure /Gear Train | 134 | 4.7% |
| **Register / Translator:** Electronic Failure / Not Transmitting | 51 | 1.8% |
| **MiNode 3:** Damaged | 32 | 1.1% |
| **Register / Translator:** Odometer Mis-Aligned | 25 | 0.9% |
| **Register / Translator:** Damaged | 24 | 0.8% |
| **MiHub:** Electronic Failure | 17 | 0.6% |
| **Register / Translator:** No Problem Found | 14 | 0.5% |
| **MiHydrant:** Electronic Failure | 11 | 0.4% |
| **DC Repeater:** Electronic Failure | 2 | 0.1% |
| **Total** | **2,853** | |

# Johnson County, TX

**MS-H-Radio**  S/N: 40007329 - No problem found.
**MS-H-Radio**  S/N: 40007406 - No problem found.
**MS-H-Radio**  S/N: 40007380 - Replaced charger port

## Hudson Oaks, TX

**Specific Failure Codes**

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Minode 3:** Electronic Failure / Not Transmitting | 197 | 41.6% |
| **Minode 3:** No Problem Found | 73 | 15.4% |
| **Meter:** Magnet separated from engagement arm | 30 | 6.3% |
| **Register / Translator:** Mechanical Failure /Gear Train | 30 | 6.3% |
| **Register / Translator:** No Problem Found | 27 | 5.7% |
| **Meter:** Nylon Engagement Arm Broken | 25 | 5.3% |
| **Meter:** Magnet Broken | 23 | 4.9% |
| **Meter:** Chamber Debris | 19 | 4.0% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 19 | 4.0% |
| **Register / Translator:** Wire Damaged by Customer | 13 | 2.7% |
| **Minode 3:** Wire Damaged By Customer | 9 | 1.9% |
| **Meter:** No Problem Found | 6 | 1.3% |
| **Register / Translator:** Odometer Mis-Aligned | 3 | 0.6% |
| **Total** | **474** | |

# Smithville,TX

| Defect Description | Quantity | % |
|---|---|---|
| MiNode 3:  Battery Dead | 387 | 65.8% |
| Electric Meter:  Return To Stock | 112 | 19.0% |
| Electric Meter: Failure undetermined | 46 | 7.8% |
| Register / Translator:  Mechanical Failure | 12 | 2.0% |
| Register / Translator:  No Problem Found | 10 | 1.7% |
| MiNode 3:  No Problem Found | 8 | 1.4% |
| Meter:    Chamber Debris | 7 | 1.2% |
| Register / Translator:  Damage Observed | 3 | 0.5% |
| DC Repeater:  Failure Undetermined | 2 | 0.3% |
| Meter:    Engagement Arm Broken | 1 | 0.2% |
| Total | 588 | |

## Gray,GA - All Data

| Specific Failure Codes | | |
|---|---|---|
| **Defect Description** | **Quantity** | **% of failures** |
| **HotRod:** Electronic Failure / Not Transmitting | 329 | 85.9% |
| **Register / Translator:** Mechanical Failure /Gear Train | 14 | 3.7% |
| **Register / Translator:** No Problem Found | 10 | 2.6% |
| **Register / Translator:** Odometer Mis-Aligned | 8 | 2.1% |
| **HotRod:** No Problem Found | 8 | 2.1% |
| **Meter:** Meter Cover Cracked | 5 | 1.3% |
| **HotRod:** Damaged | 3 | 0.8% |
| **Meter:** Nylon Engagement Arm Broken | 2 | 0.5% |
| **Meter:** Failed Accuracy Test | 1 | 0.3% |
| **Meter:** No Problem Found | 1 | 0.3% |
| **Meter:** Chamber Debris | 1 | 0.3% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 1 | 0.3% |
| **Total** | **383** | |

## Pelham, GA

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 131 | 67.5% |
| **Register / Translator:** No Problem Found | 23 | 11.9% |
| **HotRod:** Damaged | 13 | 6.7% |
| **Meter:** Magnet separated from engagement arm | 8 | 4.1% |
| **Register / Translator:** Mechanical Failure /Gear Train | 6 | 3.1% |
| **Meter:** Chamber Debris | 5 | 2.6% |
| **Meter:** Engagement Arm Broken | 2 | 1.0% |
| **Meter:** Spud End Damaged | 2 | 1.0% |
| **Meter:** Failed accuracy test | 2 | 1.0% |
| **Meter:** No Problem Found | 1 | 0.5% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 1 | 0.5% |
| **Total** | **194** | |

## Dawsonville, GA

**Specific Failure Codes**

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 38 | 74.5% |
| **Register / Translator:** Mechanical Failure /Gear Train | 7 | 13.7% |
| **Register / Translator:** No Problem Found | 2 | 3.9% |
| **Register / Translator:** Odometer Mis-Aligned | 2 | 3.9% |
| **Meter:** No Problem Found | 1 | 2.0% |
| **Mag. Meter:** No Problem Found | 1 | 2.0% |
| **Total** | 51 | |

West Miami, FL

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Solid State Register (SSR):** Not Programmed to Current Spec | 40 | 56.3% |
| **HotRod:** Electronic Failure / Not Transmitting | 26 | 36.6% |
| **Register / Translator:** Mechanical Failure /Gear Train | 4 | 5.6% |
| **Register / Translator:** Odometer Mis-Aligned | 1 | 1.4% |
| **Total** | 71 | |

Golden Acres, Pompano Beach

| Specific Failure Codes | | |
|---|---|---|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 62 | 60.8% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 40 | 39.2% |
| **Total** | 102 | |

# Rockledge, FL

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 491 | 38.4% |
| **Register / Translator:** Fast track process | 439 | 34.3% |
| **Register / Translator:** Odometer White Post | 174 | 13.6% |
| **Register / Translator:** Mechanical Failure /Gear Train | 72 | 5.6% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 43 | 3.4% |
| **Register / Translator:** No Problem Found | 43 | 3.4% |
| **Register / Translator:** Odometer Mis-Aligned | 13 | 1.0% |
| **HotRod:** Damaged | 3 | 0.2% |
| **Street Machine:** Electronic Failure | 1 | 0.1% |
| **Total** | **1,279** | |

Lake Helen, FL

| Specific Failure Codes | | |
|---|---|---|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Solid State Register (SSR):** No Problem Found | 14 | 25.9% |
| **HotRod:** Electronic Failure / Not Transmitting | 12 | 22.2% |
| **Meter:** Chamber Debris | 8 | 14.8% |
| **Meter:** No Problem Found | 7 | 13.0% |
| **HANDHELD:** Electronic Defect | 5 | 9.3% |
| **Solid State Register (SSR):** Electronic Failure | 4 | 7.4% |
| **Meter:** Damaged | 2 | 3.7% |
| **Solid State Register (SSR):** Water Intrusion | 1 | 1.9% |
| **Register / Translator:** No Problem Found | 1 | 1.9% |
| **Total** | 54 | |

## Rainbow City, AL

| Specific Failure Codes |
|:---:|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Register / Translator:**  Mechanical Failure /Gear Train | 150 | 26.7% |
| **HotRod:** Electronic Failure / Not Transmitting | 139 | 24.7% |
| **Register / Translator:** No Problem Found | 96 | 17.1% |
| **Register / Translator:** Odometer White Post | 76 | 13.5% |
| **Register / Translator:** Odometer Mis-Aligned | 53 | 9.4% |
| **Register / Translator:** Programming Incorrectly | 18 | 3.2% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 12 | 2.1% |
| **Meter:** Magnet Cracked / Broken | 4 | 0.7% |
| **Meter:** Cover Broken | 4 | 0.7% |
| **HotRod:** Damaged | 3 | 0.5% |
| **Meter:** No Problem Found | 2 | 0.4% |
| **Register / Translator:**  Lens/ Glass Moisture | 2 | 0.4% |
| **Meter:** Chamber Debris | 1 | 0.2% |
| **Meter:** Disk Broken | 1 | 0.2% |
| **Meter:** Engagement Arm Broken | 1 | 0.2% |
| **Total** | **562** | |

# Citrus County, FL

| Defect Description | Quantity | % of failures |
|---|---|---|
| **Register / Translator:** Mechanical Failure /Gear Train | 128 | 39.5% |
| **MiNode 3:** No Problem Found | 41 | 12.7% |
| **Register / Translator:** No Problem Found | 23 | 7.1% |
| **Meter:** Engagement Arm Broken | 18 | 5.6% |
| **Meter:** Chamber Debris | 16 | 4.9% |
| **Meter:** No Problem Found | 14 | 4.3% |
| **Meter:** Magnet separated from engagement arm | 13 | 4.0% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 13 | 4.0% |
| **Meter:** Failed Accuracy test | 11 | 3.4% |
| **MiNode 5:** Electronic Failure / Not Transmitting | 8 | 2.5% |
| **Meter:** Meter Body or Cover Broken | 7 | 2.2% |
| **MiNode 5:** No Problem Found | 7 | 2.2% |
| **Register / Translator:** Odometer Mis-Aligned | 5 | 1.5% |
| **MiNode 4:** Electronic Failure / Not Transmitting | 4 | 1.2% |
| **NODE 4 DC Repeater:** Electronic Failure / Not Transmitting | 4 | 1.2% |
| **AC Repeater:** Electronic Failure / Not Transmitting | 2 | 0.6% |
| **Meter:** Magnet Broken | 2 | 0.6% |
| **Meter:** Damaged in Shipment | 2 | 0.6% |
| **Register / Translator:** Damaged | 2 | 0.6% |
| **MiNode 3:** Electronic Failure / Not Transmitting | 1 | 0.3% |
| **MiNode 4:** Damaged | 1 | 0.3% |
| **NODE 4 DC Repeater:** No Problem Found | 1 | 0.3% |
| **Street Machine:** Electronic Failure | 1 | 0.3% |
| **Total** | **324** | |

# NE Etowah Water,AL

| Specific Failure Codes |
|:---:|

| Defect Description | Quantity | % of failures |
|---|---|---|
| **HotRod:** Electronic Failure / Not Transmitting | 36 | 30.3% |
| **Meter:** Failed Accuracy test | 19 | 16.0% |
| **Register / Translator:** Mechanical Failure /Gear Train | 13 | 10.9% |
| **Register / Translator:** Electronics Failure / Not Transmitting | 11 | 9.2% |
| **Meter:** Chamber Debris | 9 | 7.6% |
| **Register / Translator:** Odometer Mis-Aligned | 8 | 6.7% |
| **Meter:** Magnet Broken | 6 | 5.0% |
| **Meter:** No Problem Found | 6 | 5.0% |
| **HotRod:** No Problem Found | 4 | 3.4% |
| **Register / Translator:** No Problem Found | 4 | 3.4% |
| **Meter:** Cover Broken | 2 | 1.7% |
| **Register / Translator:** Lens/ Glass Moisture | 1 | 0.8% |
| **Total** | **119** | |