# Exhibit
# 5



# MUD 281 & 282 v. Mueller Systems, LLC

Jeremy McCraven – 11/7/2024

## Qualifications

I have worked in the water industry for Mueller in an engineering capacity since February 2006. I received my bachelor's degree in mechanical engineering from the University of North Carolina at Charlotte in 2005. I also hold a master's degree in business administration from East Carolina University, which I received in 2014. A substantial portion of my engineering duties over my 17+ year career has been designing and manufacturing water meters of diverse types and sizes and their peripheral devices, such as registers and communications modules. This includes both residential and commercial applications. Several of the products I have developed are protected by issued patents in both the US and Canada, with additional applications pending.

Patents:

- US11791549, US11545742, US10871240, US9909680, US9494249, US8613220, US8281654, US8047072, US7854165, USD583692, USD582814

I have also visited multiple water utilities in the USA to help troubleshoot issues with their products and systems. Part of these visits also includes training utility staff on how to identify the root cause of meter complications and/or repair any problems.

As part of the water metering community, I am a voting member on eleven American Water Works Association ("AWWA") water meter subcommittees and the Main 380 committee. During my fourteen plus years as an AWWA member, I have helped both author and added valued input to these published standards. I am also a member of the Meter Challenge

Committee, which competes yearly at ACE conventions, AWWA's annual conference and exposition.

AWWA Committees:

- 380, C700, C701, C702, C703, C704, C706, C707, C710, C714, C715, M6, Meter Challenge

I have not authored any publications in the previous ten years as the sole author. However, as a member of the AWWA committees referenced above, I have participated in writing sections of the applicable standards.

I have not testified as an expert witness in the previous four years at trial or by deposition.

I am an employee of Mueller Systems, LLC, and I am being compensated as an employee for my work on this matter.

## Background Information

MUD 281 and 282 purchased Mueller AMI equipment during 2017. A breakdown of what was purchased from each MUD is below.

MUD 281

- 5/8"x3/4" 420C, SSR, NODE4 = 814 units
- 1" 452, SSR, NODE4 = 129 units
- 1-½" 562DI, SSR, NODE4 = 1 unit
- 2" 572DI, SSR, NODE4 = 22 units
- 2" 572B, SSR, NODE4 = 2 units
- 3" MVR350, TRL, NODE4 = 1 unit
- 4" MVR650, TRL, NODE4 = 1 unit


MUD 282

- 5/8"x3/4" 420C, SSR, NODE4 = 934 units
- 1" 452, SSR, NODE4 = 134 units
- 2" 572DI, SSR, NODE4 = 15 units
- 4" MVR650, TRL, NODE4 = 1 unit

## Opinions

Based on my education, experience, and review of information and documents related to this matter, I offer the opinions listed below to a reasonable degree of engineering certainty. Supplemental opinions are stated throughout this report. Additionally, I am providing the following factual basis supporting my opinions. I reserve the right to prepare additional reports and supplement my opinions as additional information becomes available.

**Opinion 1: The Mueller water meter bodies provided to MUD 281 and MUD 282 met industry accuracy standards and were not defective in meter accountability.**

Most, if not all, of these products require certification and testing with governing authorities like Underwriter's Laboratories, Factory Mutual, National Sanitation Foundation, Technischer Überwachungsverein ("TUV") and AWWA. The Mueller Systems' plant holds ISO9001:2015 certification for its Quality Management System ("QMS"). This standard sets out to help organizations improve their performance, meet customer expectations, and demonstrate their commitment to quality. Its requirements define how to establish, implement, maintain, and continually improve a QMS. Implementing ISO 9001 means your organization has put in place effective processes and trained staff to deliver quality products or services time after time.

All Mueller meters, registers, and communication devices are 100% tested for functionality at the manufacturing plant. Meters specifically are tested to the appropriate AWWA standards for maximum, intermediate, and minimum flow accuracy. For composite body positive displacement meters, this would be AWWA C710 and M6. Some commercial meters have additional flow check points to capture things like crossover flow. Each meter is shipped with a test tag with the results of these accuracy tests. This data is also stored in a database. <u>Any meter failing the mandatory accuracy test is rejected and not released.</u> Additionally, periodic audits of production meters are run through a more extensive flow test to correlate production line results. All production and quality audit benches are calibrated on a set cadence in accordance with ISO traceability.

Meter test results for most residential meters tested by MUD 281 and MUD 282, as identified in the Water District Management ("WDM") report dated October 8, 2024, can be seen below in *Table 1: Mueller Meter Test Data*. One residential meter identified by WDM could not be located by Mueller in its serial number search. As described above, these tests were conducted by Mueller <u>before</u> the meters were shipped from the factory. These results confirm each of these meters passed the maximum, intermediate, and minimum flow accuracy tests mandated by AWWA C710 and AWWA C700.

Table 1: Mueller Meter Test Data

| Meter SN | Mueller SN | WorkOrderID | MeterPN | High Flow | Mid Flow | Low Flow | Test Date & Time |
|---|---|---|---|---|---|---|---|
| 1700025393 | 14339957 | 1769995 | V0GA438 | 99.6 | 100.0 | 100.6 | 5/15/17 10:23 AM |
| 1700025442 | 14339935 | 1769995 | V0GA438 | 99.7 | 100.2 | 99.9 | 5/15/17 10:01 AM |
| 1700025464 | 14339889 | 1769995 | V0GA438 | 99.6 | 100.2 | 100.1 | 5/15/17 9:28 AM |
| 1700025506 | 14339881 | 1769995 | V0GA438 | 99.5 | 100.1 | 100.1 | 5/15/17 9:18 AM |
| 1700025562 | 14339825 | 1769995 | V0GA438 | 99.5 | 100.1 | 100.4 | 5/15/17 8:16 AM |
| 1700025586 | 14339789 | 1769995 | V0GA438 | 99.7 | 100.2 | 99.6 | 5/15/17 7:21 AM |
| 1700025608 | 14339726 | 1769995 | V0GA438 | 99.5 | 100.3 | 99.7 | 5/12/17 9:31 PM |
| 1700025620 | 14339721 | 1769995 | V0GA438 | 99.5 | 100.4 | 100.5 | 5/12/17 9:26 PM |
| 1700025661 | 14339431 | 1769995 | V0GA438 | 99.4 | 100.1 | 100.0 | 5/12/17 3:42 PM |
| 1800040126 | 2210808 | 2048253 | V0GA438 | 99.1 | 100.3 | 100.5 | 3/28/18 6:59 AM |
| 1800040173 | 2210756 | 2048253 | V0GA438 | 99.5 | 100.6 | 100.0 | 3/28/18 6:14 AM |
| 1800040191 | 2210736 | 2048253 | V0GA438 | 99.4 | 100.0 | 99.7 | 3/28/18 5:43 AM |
| 1800040271 | 2210569 | 2048253 | V0GA438 | 99.1 | 100.4 | 100.3 | 3/27/18 9:15 PM |
| 1800040278 | 2210650 | 2048253 | V0GA438 | 99.1 | 100.4 | 99.9 | 3/27/18 10:37 PM |
| 1800040419 | 2210549 | 2048253 | V0GA438 | 99.3 | 100.2 | 100.5 | 3/27/18 8:42 PM |
| 1800040895 | 2211131 | 2048253 | V0GA438 | 99.2 | 100.3 | 99.9 | 3/28/18 1:27 PM |
| 1800040899 | 2211127 | 2048253 | V0GA438 | 99.2 | 100.3 | 100.0 | 3/28/18 1:22 PM |
| 1800040929 | 2211148 | 2048253 | V0GA438 | 99.2 | 99.9 | 99.7 | 3/28/18 1:49 PM |
| 1800209401 | Master-181348 | 2219213 | V0GA438 | 99.4 | 100.5 | 99.8 | 10/9/18 10:31 AM |
| 1800041095 | Master-05530 | 2048255 | W0PN138 | 100.1 | 100.6 | 97.7 | 3/16/18 10:38 AM |
| 1800041096 | Master-05530 | 2048255 | W0PN138 | 100.1 | 100.6 | 97.7 | 3/16/18 10:38 AM |
| 1800041097 | Master-05521 | 2048255 | W0PN138 | 100.2 | 100.7 | 98.7 | 3/16/18 9:33 AM |
| 1800041098 | Master-05531 | 2048255 | W0PN138 | 100.3 | 100.5 | 97.5 | 3/16/18 10:38 AM |
| 1800041099 | Master-05525 | 2048255 | W0PN138 | 100.1 | 100.6 | 98.3 | 3/16/18 9:33 AM |
| 1800041100 | Master-05520 | 2048255 | W0PN138 | 100.3 | 100.4 | 98.3 | 3/16/18 9:33 AM |
| 1800041102 | Master-05524 | 2048255 | W0PN138 | 100.3 | 100.9 | 99.5 | 3/16/18 9:33 AM |
| 1800041103 | Master-05519 | 2048255 | W0PN138 | 100.4 | 101.0 | 99.3 | 3/16/18 8:59 AM |
| 1800041104 | Master-05528 | 2048255 | W0PN138 | 100.3 | 100.8 | 99.4 | 3/16/18 9:33 AM |
| 1800041108 | Master-05522 | 2048255 | W0PN138 | 100.2 | 100.6 | 98.5 | 3/16/18 9:33 AM |

During the development of a new product, extensive verification and validation is performed to make sure the products meet or exceed the industry standard. Meters like the 420C would have gone through accuracy, head loss, endurance, burst and cyclical testing just to name a few. This meter would also have been sent to Utah State University, a Leader in water flow testing, for third party verification testing.

The radio devices (Node) give feedback via the AMI network. The Solid State Register ("SSR") has built in features to send alerts through the node for things like no flow, tamper, backflow, leak, etc. Proper utilization of the system allows the user to be proactive in identifying issues early via such warnings by alerting the Utility where there may be an issue. Actively monitoring and subsequent field investigation would allow for quick remediation of any issues.

**Opinion 2: The WDM report fails to identify any alleged, specific defect in the Mueller water meter bodies.**

The WDM report contends MUD 281's meters were not accurately reading the amount of water flow through the meters after the registers were replaced and concludes "the body of the Meters were also causing issues." The report states the "body of meters typically cause inaccurate water flow readings in two instances," but it lists three instances: (1) a stuck nutating disk, (2) the nutating disk rubs the walls of the meter body, or (3) a broken magnet housing. The WDM report does not identify any of these "typical" issues were actually present in MUD 281 or MUD 282 meters or provide any factual information supporting these instances occurring in the actual meters. Many things can cause a disc to get "stuck," including things like debris or poor installation practices. The disc can rub the mating chamber halves, not the body.

If this does happen, it does not explicitly mean the meter will be a failure. A broken magnet housing also does not mean the meter will necessarily fail. Things like chemical attack or freezing can also cause damage to this part of the meter.

The statements in the WDM report about "typical" issues causing inaccurate flow measurements are inaccurate. The "body" of the meter is not what determines its accuracy. The meter body is the casing, and the internal metrology parts include the nutating disc, which is a part of the chamber assembly. These internal components of an assembly measure the water passing through the meter and its accuracy. There are numerous potential causes of flow inaccuracy in a positive displacement meter, including but not limited to: debris, a broken chamber, a broken disc, a missing or broken roller, a missing or broken engagement arm, a missing or broken seal, loose or tight compression of the chamber on the seal, loose bottom plate, etc. Broken components can happen due to improper installation like having air in the line while turning the water back on to reenergize the system. Debris can also pass through the meter causing damage and or loss of operation to internal components. Freezing or pressure spikes can also potentially cause damage to the devices leaving them inoperable. Chemical attack can also weaken plastic components and cause them to prematurely fail. When a meter is found to have an accuracy issue, a trained technician should disassemble the meter to determine the root cause of the measurement issue. Meters will still operate if they function properly even if the register is not working. One cannot definitively say that just because the register is not working that the meter also is not. Although they work together as a system, they are individual components.

I have reviewed warranty return information for MUD 281 and MUD 282. As per the background section, the records show 970 units were shipped to MUD 281 and 1,084 shipped to MUD 282. Comparing the number of meters provided to MUD 281 and 282 and their warranty return history, the warranty information shows very few meters were shipped back from either MUD. Per return data, Mud 281 only returned 11 total meters. This makes up 0.81% of the return total. Of these 11 meters, one was beyond warranty, two had debris in them, three had no problem found, and the remaining five were an issue with the radio device, not the meter. They also returned 1,087 register/radio combos. 798 of these were deemed to be functioning units by our QA Team. In total, 1,357 units were returned with 1,032 being an issue other than product quality that warranty would not cover (out of warranty, debris, no problem found).

Similarly, MUD 282 had ~9% of the returns being meters. This equated to a total of six meters.


**Opinion 3: WDM's testing does not comply with industry standards and practices, including AWWA C710 and M6.**

It is industry best practice to follow the AWWA M6 Manual for proper testing procedures. This manual helps one understand different meter and testing equipment technologies and techniques. It also clearly states the recommended test flow rates, volumes, and accuracy limits for all water meter types and sizes.

In general, a set number of meters are placed on an accuracy bench and flushed with water to flush out any debris, remove air from the system and acclimatize the meters to the source water. With the system stopped and full of water, initial readings are taken and the end of line tank/scale zeroed out. The line is then set to the prescribed flow rate and the test run to the specified volume. Once the test is complete a final reading of the registers is taken, and the difference is calculated against the volume that was run through them. This is repeated for additional flow points. It is best practice to have a consistent temperature water source where possible. This is to make sure the density of water is consistent of the course of a test when using the gravimetric measurement approach. The Mueller System plant runs chilled water to all its test lines at 68°F.

In reviewing the WDM testing report from SOFLOW, a third-party testing agency, there are significant inconsistencies in the data provided. I question what they were testing on the commercial size meters. Several of the results are marked as a 2" SSR Meter. The SSR is a register type, not a meter type. The claim is the SSR register was faulty, but the test shows some 4" and 6" meters, including a Badger for comparison, which are not positive displacement technology, nor can they accommodate a SSR register. When I look at the testing of these meters, they do not line up with best practices for volume from M6, nor are they consistent from test to test. For example, the 2" meters tested do not have consistent volumes run through them when testing the same flow rate. For a 2GPM flow, there are anywhere from 5 to 22 gallons of volume being run.

AWWA M6 specifies the recommended flow rates and volumes for meter type and size, and Table 5-3 from AWWA M6 below lists test requirements for PD meters and turbine meters. Specifically for a 2" C700 PD Meter this would be 100 gallons on a 2GPM low flow test as seen below. Similarly, a 2" Turbine C701 Meter would be 100 gallons on a 4GPM low flow test. When looking at the two 4" meters, one from Mueller and one from Badger, there are glaring differences that they are trying to compare. First, the Mueller MVR is a turbine meter where the Badger E-series is ultrasonic. These are tested to two different standards. For some reason, they only tested the Mueller meter to 151 gallons but tested the Badger to 1,550 gallons. A longer volume test flow has more opportunity to reduce the error in the test. It should be stated that even with this discrepancy, both meters passed. The test reports for the twenty residential size meters only show the result and not the test flows/volumes/equipment used. Of the total 14, 2" and larger meters tested, 4 passed their testing. It is my opinion that 7 additional units, had they been tested to M6 would have also passed as they were a few tenths out. It should be noted that the report does not mention the type of test equipment used and its calibration information.

**Table 5–3   Test requirements for new, rebuilt, and repaired cold-water meters***

**Displacement Meters (ANSI/AWWA C700 and C710)**

| Size | Maximum Rate (All Meters) | | | | Intermediate Rate (All Meters) | | | | Minimum Rate (New and Rebuilt) | | | | Minimum (Repaired) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flow Rate[†] | Test Quantity[††] | | Accuracy Limits | Flow Rate** | Test Quantity[††] | | Accuracy Limits | Flow Rate | Test Quantity[††] | | Accuracy Limits | Accuracy Limits |
| in. | gpm | gal | ft³ | percent | gpm | gal | ft³ | percent | gpm | gal | ft³ | percent | percent (min) |
| 1/2 | 8 | 100 | 10 | 98.5–101.5 | 2 | 10 | 1 | 98.5–101.5 | 1/4 | 10 | 1 | 95–101 | 90 |
| 1/2 x 3/4 | 8 | 100 | 10 | 98.5–101.5 | 2 | 10 | 1 | 98.5–101.5 | 1/4 | 10 | 1 | 95–101 | 90 |
| 5/8 | 15 | 100 | 10 | 98.5–101.5 | 2 | 10 | 1 | 98.5–101.5 | 1/4 | 10 | 1 | 95–101 | 90 |
| 5/8 x 3/4 | 15 | 100 | 10 | 98.5–101.5 | 2 | 10 | 1 | 98.5–101.5 | 1/4 | 10 | 1 | 95–101 | 90 |
| 3/4 | 25 | 100 | 10 | 98.5–101.5 | 3 | 10 | 1 | 98.5–101.5 | 1/2 | 10 | 1 | 95–101 | 90 |
| 1 | 40 | 100 | 10 | 98.5–101.5 | 4 | 10 | 1 | 98.5–101.5 | 3/4 | 10 | 1 | 95–101 | 90 |
| 1½ | 50 | 100 | 10 | 98.5–101.5 | 8 | 100 | 10 | 98.5–101.5 | 1½ | 100 | 10 | 95–101 | 90 |
| 2 | 100 | 100 | 10 | 98.5–101.5 | 15 | 100 | 10 | 98.5–101.5 | 2 | 100 | 10 | 95–101 | 90 |

**Class I Turbine Meters,**
**Vertical-Shaft Type (ANSI/AWWA C701)**

| Size | Maximum Rate (All Meters) | | | | Intermediate Rate (All Meters) | | | | Minimum Rate (New and Rebuilt) | | | | Minimum (Repaired) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Flow Rate[†] | Test Quantity[††] | | Accuracy Limits | Flow Rate** | Test Quantity[††] | | Accuracy Limits | Flow Rate | Test Quantity[††] | | Accuracy Limits | Accuracy Limits |
| in. | gpm | gal | ft³ | percent | gpm | gal | ft³ | percent | gpm | gal | ft³ | percent | percent (min) |
| 3/4 | 30 | 100 | 10 | 98–102 | 3 | 10 | 1 | 98–102 | 1½ | 10 | 1 | 98–102 | — |
| 1 | 50 | 100 | 10 | 98–102 | 5 | 10 | 1 | 98–102 | 2 | 10 | 1 | 98–102 | — |
| 1½ | 100 | 500 | 50 | 98–102 | 10 | 100 | 10 | 98–102 | 3 | 100 | 10 | 98–102 | — |
| 2 | 160 | 500 | 50 | 98–102 | 16 | 100 | 10 | 98–102 | 4 | 100 | 10 | 98–102 | — |
| 3 | 350 | 1,000 | 100 | 98–102 | 35 | 100 | 10 | 98–102 | 6 | 100 | 10 | 98–102 | — |
| 4 | 600 | 1,500 | 200 | 98–102 | 60 | 100 | 10 | 98–102 | 8 | 100 | 10 | 98–102 | — |
| 6 | 1,250 | 4,000 | 500 | 98–102 | 125 | 1,000 | 100 | 98–102 | 15 | 1,000 | 100 | 98–102 | — |

20 residential size meters were also tested in two groups. Based on the data for each meter, it seems that these meters were specifically selected to be tested because they were suspected to have performance issues as only one passed. A more accurate sampling would have involved a statistically significant sample size, typically at least 30 per Lean Six Sigma best practices, picked at random from the population. Seeing units from the same street does not appear to be a random selection. The AWWA M6 Manual discusses periodic testing programs and statistical sampling procedures that should be followed to evaluate meter accuracy. Again, it should be noted that the report does not mention the type of test equipment used and its calibration information.  The failure to follow the industry practices and AWWA M6 renders the results and conclusions unreliable and insufficient to evaluate the overall meter accuracy.

The WDM report also appears to compare water usage for selected addresses during a period of time when a Mueller meter was installed and a time period after it was replaced with a Badger meter.  As with the flow testing discussed above, it appears these addresses were selected because the installed Mueller meters were suspected to have performance issues.  In fact, the addresses referenced in MUD 281 are the same meters sent for flow testing.  The WDM report does not identify any industry best practice or standard for use of this type of comparison, and I am unaware of any standard for this type of comparison.  As outlined above,

the proper methodology for determining meter accuracy is random, statistically supported flow testing as provided in AWWA M6.

**Opinion 4: The warranty return data for the SSR as of 2018 does not indicate knowledge of a manufacturing or design defect, and Mueller complied with its warranty obligations.**

The Mueller SSR started shipping in a limited low volume capacity in 2009. Mueller has searched for information regarding the SSR for the years prior to 2017, the year of the contracts for both MUD 281 and MUD 282, in warranty data, customer service data, and quality assurance data. The earliest warranty return information Mueller has been able to locate for the SSR is from 2018, covering returns for product manufactured from 2014 to 2018. The returns for this product from the 2018 data are as follows:

- Total units shipped (2014-2018) = 408,580
- Total returned (2014-2018) including no fault found = 8,760
- Total returned (2014-2018) excluding no fault found = 225
- Cumulative return rate over this five year span:
    - 2.14% including no fault found
    - 0.06% excluding no fault found

This negligible warranty return rate does not indicate knowledge of a manufacturing or design defect in the SSR even as late as 2018.

The warranty terms are provided in the separate Master Agreements between Mueller and MUD 281 and MUD 282. Section 8 of the Master Agreements states the Limited Warranties and Remedies. Under the warranty, Mueller will repair or replace defective equipment for the applicable warranty period. Under this warranty, the customer is required to properly package and return the equipment to Mueller's designated service center. The customer is also responsible for all costs associated with uninstalling and shipping equipment under a warranty return to Mueller.

Warranty return information shows Mueller inspected all returned SSR registers from MUD 281 and 282 to determine if the returned products should be replaced pursuant to Mueller's limited warranty. The records indicate Mueller replaced all non-functioning SSRs returned to Mueller that were found to be entitled to replacement or repair under the warranty. As such, Mueller complied with its warranty obligations and would have continued to comply with its warranty for all returned equipment.

## Documents Considered

Plaintiffs' Second Amended Complaint

Mueller internal documents related to MUD 281, including Master Agreement dated February 6, 2017, warranty return information, and product information.

Mueller internal documents related to MUD 282, including Master Agreement dated July 5, 2017, warranty return information, and product information

American Water Works Association Standard 710-20 Standard for Cold-Water Meters – Displacement Type, Plastic Main Case

American Water Works Association Manual M6, Fifth Edition, Water Meters—Selection, Testing, Installation, Testing, and Maintenance

American Water Works Association Manual M6, 2018 Addendum, Water Meters—Selection, Testing, Installation, Testing, and Maintenance

2018 SSR Warranty Return Data

Report of David Rowe of Water District Management, dated October 8, 2024, including all exhibits.

SAMCO Leak Detection report for MUD 281, dated November 4, 2021

SAMCO Leak Detection report for MUD 282, dated November 12, 2021

Respectfully,

Jeremy McCraven